# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL WOODARD, | : | No. 3:18cv140 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SCRANTON QUINCY HOSPITAL | : | |
| COMPANY, LLC, | : | |
| Defendant | | |

## ORDER

**AND NOW**, to wit, this 16th day of November 2018, Plaintiff Carl Woodard's motion for leave to amend his complaint (Doc. 21) is **DENIED IN PART** and **GRANTED IN PART** as follows:

1) Plaintiff's motion is **DENIED** as it relates to plaintiff's proposed FMLA interference claim;

2) Plaintiff's motion is **GRANTED** as it relates to plaintiff's proposed FMLA retaliation claim; and

3) Plaintiff is directed to file an amended complaint in accordance with this order within **ten (10) days**.

							**BY THE COURT:**

							**s/ James M. Munley**
							**JUDGE JAMES M. MUNLEY**
							**United States District Judge**